UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 FEB 11  AM 10: 27
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| HEATHER JENKINS AND | * | NO: |
| MELISSA DAWN MCKEE | * | |
| | * | 05-0370 |
| VERSUS | * | SECTION: |
| | * | |
| SLIDELLA, L.L.C., SIZELER PROPERTY | * | MAGISTRATE: |
| INVESTORS, INC., SIZELER REAL ESTATE | * | SECT. C MAG. 2 |
| MANAGEMENT COMPANY, INC. AND | * | |
| FLOURNOY CONSTRUCTION CO. L.L.C. | * | |

********************************************************************

## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel come plaintiffs **HEATHER JENKINS AND MELISSA DAWN MCKEE** individuals of the full age of majority, who respectfully represent as follows:

**I.**

Defendant, **SLIDELLA, L.L.C.**, a Louisiana corporation doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiffs for all damages to which they are entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Defendant, **SIZELER PROPERTY INVESTORS, INC.**, a Louisiana corporation doing business within the State of Louisiana and within the jurisdiction of this Honorable Court,

___ Fee _250_
___ Process ____
_X_ Dktd ____
___ CtRmDep ____
___ Doc. No ____

is indebted unto plaintiffs for all damages to which they are entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

### III.

Defendant, **SIZELER REAL ESTATE MANAGEMENT COMPANY, INC.**, a Louisiana corporation doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiffs for all damages to which they are entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

### IV.

Defendant, **FLOURNOY CONSTRUCTION CO. L.L.C.**, a foreign corporation doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiffs for all damages to which they are entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

### V.

Jurisdiction of this Court is based upon diversity of citizenship and amount in

controversy.

## VI.

On or about January 31, 2004, plaintiffs herein **HEATHER JENKINS AND MELISSA DAWN MCKEE** leased an apartment located at 1103 Greenbrierway in Greenbrier Estates, Slidell, Louisiana. Upon information the apartment was owned by **SLIDELLA, L.L.C.** and/or **SIZELER PROPERTY INVESTORS, INC.** and managed by **SIZELER REAL ESTATE MANAGEMENT COMPANY, INC.**

## VII.

From February 1, 2004, through approximately July, 2004, plaintiffs lived in Unit 1103 Greenbrierway. During this time there was extensive mold present in the unit which was confirmed through subsequent testing.

## VIII.

As a direct result of the plaintiffs' extensive and continuous exposure to the mold conditions which existed in 1103 Greenbrierway, plaintiffs have suffered the following non-exclusive damages:

(1)   Past, present and future pain and suffering in an amount not less than $300,000.00 each;

(2)   Medical expenses of approximately $50,000.00 each;

(3)   Past, present and future loss of physical items and remediation costs in an amount not less than $25,000.00 each;

(4)   Past, present and future loss of wages in an amount of not less than $200,000.00 each;

and

(5) All other damages as may be shown at the trial of this matter.

## IX.

Upon information and belief, **FLOURNOY CONSTRUCTION CO. L.L.C.** had originally constructed Unit 1103 Greenbrierway and continued to perform construction related work at the unit during the relevant time period.

## X.

Plaintiffs allege that the sole cause of their exposure to the toxic mold substance was the joint negligence of the defendants in the following non-exclusive respects:

(1) Failing to provide a safe and habitable apartment unit pursuant to the lease agreement;

(2) Allowing a dangerous and toxic condition to exist on the property;

(3) Failing to warn the plaintiffs concerning the dangerous and toxic condition which defendants knew or should have known existed on the subject property;

(4) Failing to remove the dangerous and toxic condition from the subject property;

(5) Potential code violations on the subject property;

(6) Potential code violations in the building and construction of the subject unit which allowed the dangerous and toxic condition to exist; and

(7) All other acts of negligence and violations of Louisiana law as will be shown at the trial of this matter.

## XI.

Plaintiffs pray for a trial by jury on all issues raised herein.

**WHEREFORE,** Plaintiffs **HEATHER JENKINS AND MELISSA DAWN MCKEE** pray that Defendants **SLIDELLA, L.L.C., SIZELER PROPERTY INVESTORS, INC., SIZELER REAL ESTATE MANAGEMENT COMPANY, INC. and FLOURNOY CONSTRUCTION CO. L.L.C.** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had and trial by jury, there be Judgment herein in favor of the Plaintiffs, **HEATHER JENKINS AND MELISSA DAWN MCKEE**, and against the Defendants, **SLIDELLA, L.L.C., SIZELER PROPERTY INVESTORS, INC., SIZELER REAL ESTATE MANAGEMENT COMPANY, INC. and FLOURNOY CONSTRUCTION CO. L.L.C.**, for all damages to which the Plaintiffs are entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid and, for payment of all costs, including expert fees.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

                Respectfully Submitted,

_____
TIMOTHY J. YOUNG (22677)
ROBERT J. YOUNG, JR. (13763)
N. HUSTED DERUSSY (27793)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101