UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 20  A 11: 50

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| HEATHER JENKINS AND<br>MELISSA DAWN MCKEE | * | NO:   05-0370 |
| | * | |
| VERSUS | * | SECTION: C |
| | * | JUDGE HELEN G. BERRIGAN |
| SLIDELLA, L.L.C., SIZELER PROPERTY<br>INVESTORS, INC., SIZELER REAL ESTATE<br>MANAGEMENT COMPANY, INC. AND<br>FLOURNOY CONSTRUCTION CO. L.L.C. | *<br>*<br>*<br>* | MAGISTRATE: 2<br>MAGISTRATE JOSEPH C.<br>WILKINSON, JR. |

*************************************************************************

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel come plaintiffs Heather Jenkins and Dawn McKee who respectfully request to supplement and amend their original complaint in the following manner:

1.

By replacing former paragraph V. with the following paragraph V:

V.

*Jurisdiction of this Court is based upon diversity of citizenship and amount in controversy. Plaintiff Heather Jenkins is a resident of the State of Mississippi and plaintiff Melissa McKee is a resident of the State of Alabama.*

WHEREFORE, plaintiffs hereby reiterate and reurge each and every allegation of their original Complaint as if copied herein and pray that this, their First Supplemental and Amending Complaint be deemed good and sufficient and after due proceedings had and trial

by jury there be judgement herein in favor of plaintiffs and against defendants for all reasons set forth herein as well as in plaintiffs' original Complaint.

Respectfully Submitted,

_____
TIMOTHY J. YOUNG (22677)
ROBERT J. YOUNG, JR. (13763)
N. HUSTED DERUSSY (27793)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile:  (504) 680-4101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record, via United States mail, properly addressed, postage prepaid this ____ day of June, 2005.

_____
TIMOTHY J. YOUNG

2