UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HEATHER JENKINS, ET AL                    CIVIL ACTION

VERSUS                                    NO: 05-370

SLIDELLA, L.L.C., ET AL                   SECTION: J(5)


**ORDER**

Pursuant to this Court's Order and Reasons entered June 27, 2008, and in light of the responses of the parties to this Court's Order entered June 30, 2008, which are separately entered into the record,

**IT IS ORDERED** that the above-captioned case and all claims asserted therein are hereby **DISMISSED**.

New Orleans, Louisiana this 11th day of July, 2008.


CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1