UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HEATHER JENKINS, ET AL     CIVIL ACTION

VERSUS     NO. 05-370

SLIDELLA, L.L.C., ET AL     SECTION "J"

### J U D G M E N T

Considering the court's Order and Reasons dated July 11, 2008, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Slidella, L.L.C., Flournoy Construction Company, L.L.C., and Sizeler Real Estate Management Co., and against plaintiff, Heather Jenkins, and Melissa Dawn McKee, dismissing the plaintiffs' suit with prejudice, at plaintiffs' cost.

New Orleans, Louisiana, this 17th day of JULY, 2008.

_____
UNITED STATES DISTRICT JUDGE